IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHELLE LOUISE BRAWLEY, and PRESTON SMITH </br>     Plaintiffs, | ) ) ) ) | |
| vs. | ) ) | No. 3:21-CV-2256-N (BH) |
| THE STATE OF TEXAS, et al. </br>     Defendants. | ) ) ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiffs' claims will be **DISMISSED**.

SIGNED this 14th day of April, 2023.

_____
**DAVID C. GODBEY**
**CHIEF UNITED STATES DISTRICT JUDGE**